UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

MOVE Texas Civic Fund, et al.

vs.  Case No.: 5:19-cv-00171

David Whitley, et al.

## MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now <u>Andre Ivan Segura</u>, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent <u>All Plaintiffs</u> in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) <u>ACLU Foundation of Texas, Inc.</u> with offices at:

    Mailing address: <u>5225 Katy Freeway, Suite 350</u>

    City, State, Zip Code: <u>Houston, TX 77007</u>

    Telephone: <u>713-942-8146</u>    Facsimile: <u>713-942-8966</u>

2. Since <u>January 2018</u>, Applicant has been and presently is a member of and in good standing with the Bar of the State of <u>Texas</u>. Applicant's bar license number is <u>24107112</u>.

3. Applicant has been admitted to practice before the following courts:

    Court: See attachment for court admissions

    Admission date: See attachment for court admissions

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I [X] have [ ] have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:
   Number: 1:18-cv-1100 on the 21 day of December, 2018.
   Number: 5:17-cv-404 on the 26 day of May, 2017.
   Number: 5:17-cv-1105 on the 2 day of November, 2017.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

   I was cited for a minor in possession of alcohol around 1997 in Port Aransas, Texas. I believe I received deferred adjudication as a result.

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Thomas Buser-Clancy

Mailing address: 5225 Katy Freeway, Suite 350

City, State, Zip Code: Houston, TX 77007

Telephone: 713-942-8146

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Andre Ivan Segura to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Andre Ivan Segura
[printed name of Applicant]

[signature of Applicant]

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 22 day of February, 2019.

Andre Ivan Segura
[printed name of Applicant]

[signature of Applicant]

Court Admissions – Andre Ivan Segura

California State Bar
Bar Number: 247681
Date of Admission: 2006

New York State Bar
Bar Number: 5021647
Date of Admission: 2012

| Court | Date of Admission |
|---|---|
| U.S. District Court, Northern District of California | 2008 |
| U.S. Court of Appeals, 9th Circuit | 2008 |
| U.S. Supreme Court | 2011 |
| U.S. Court of Appeals, 11th Circuit | 2011 |
| U.S. Court of Appeals, 4th Circuit | 2012 |
| U.S. Court of Appeals, 5th Circuit | 2017 |
| U.S. District Court, Eastern District of New York | 2017 |
| U.S. District Court, Northern District of Texas | 2018 |
| U.S. District Court, Southern District of Texas | 2018 |

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

MOVE Texas Civic Fund, et al.

vs.   Case No.: 5:19-cv-00171

David Whitley, et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Andre Ivan Segura, counsel for All Plaintiffs, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Andre Ivan Segura may appear on behalf of All Plaintiffs in the above case.

IT IS FURTHER ORDERED that Andre Ivan Segura, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of February, 20_____.

_____
UNITED STATES DISTRICT JUDGE